IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID R. HECKMAN II | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-229 |
| | : | |
| NANCY A. BERRYHILL,[1] | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

# ORDER

AND NOW, this 28th day of April, 2017, upon consideration of Plaintiff David R. Heckman II's Brief and Statement of Issues in Support of Request for Review, the Acting Commissioner of Social Security's response thereto, and Plaintiff's reply; after careful and independent review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, Plaintiffs' objections thereto, and the Commissioner's response; and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Plaintiff's objections to the Report and Recommendation (Document 14) are OVERRULED;
- The Report and Recommendation (Document is 13) is APPROVED and ADOPTED;
- Plaintiff's Request for Review (Document 9) is DENIED; and
- The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted for Carolyn W. Colvin as the Defendant in this case.